UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-20979-WILLIAMS

FARAH TAMADDON-DALLAL,

    Plaintiff,

vs.

FRS - FAST RELIABLE SEAWAYS, LLC, *et al.*,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on the Parties' joint "Stipulation for Final Order of Dismissal with Prejudice" (DE 17). Upon review of the motion and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees except as otherwise agreed. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16th day of May, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE